**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 14-7456**

_____

UNITED STATES OF AMERICA,

          Plaintiff - Appellee,

    v.

LLOYD ANTHONIE WILLIAMS,

          Defendant - Appellant.

_____

Appeal from the United States District Court for the Western District of North Carolina, at Asheville. Martin K. Reidinger, District Judge. (4:98-cr-00144-MR-1; 1:06-cv-00193-MR)

_____

Submitted: January 22, 2015      Decided: January 27, 2015

_____

Before SHEDD, KEENAN, and DIAZ, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Lloyd Anthonie Williams, Appellant Pro Se. Corey F. Ellis, Jerry Wayne Miller, OFFICE OF THE UNITED STATES ATTORNEY, Asheville, North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lloyd Anthonie Williams appeals the district court's order denying his "Request for a Certificate of Appealability." We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Williams, Nos. 4:98-cr-00144-MR-1; 1:06-cv-00193-MR (W.D.N.C. Oct. 2, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED